# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA ELIZABETH DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:12-cv-00660-SKO<br><br>**ORDER RE COMPLIANCE WITH SCHEDULING ORDER** |

On April 26, 2012, the Court issued a Scheduling Order requiring that, within 35 days after service of Plaintiff's confidential letter brief, Defendant was to serve a responsive confidential letter brief on Plaintiff. (Doc. 5, ¶ 4.) On May 11, 2012, the Court issued a minute order expressly notifying the parties that the Scheduling Order required counsel to file a separate proof of service with the Court reflecting the date that a party's confidential letter brief was served on the opposing party. (Doc. 6.)

Plaintiff served the confidential letter brief on Defendant on October 3, 2012, and filed a certificate of service with the Court. (Doc. 10 [certificate of service].) Pursuant to the Scheduling Order, Defendant was required to serve a responsive confidential letter brief on Plaintiff within 35

days after service of Plaintiff's confidential letter brief – i.e., November 7, 2012. The Federal Rules of Civil Procedure provide that a party is entitled to an additional three (3) days to act when service of a document triggering a response deadline is made either by mail or by electronic means. Fed. R. Civ. P. 5(b)(2)(C), (E); 6(d). Thus, Defendant was required to serve a responsive confidential letter brief on Plaintiff no later than November 13, 2012. Defendant has failed to file a proof of service indicating when the responsive confidential letter brief was served.

    Accordingly, IT IS HEREBY ORDERED that **no later than November 27, 2012,** Defendant shall **either:**

1. File a proof of service indicating when service of the responsive confidential letter brief was completed; **or**
2. File a statement regarding the status of service of the responsive confidential letter brief and how any failure to **timely** serve the brief has affected the parties' schedule in this matter.

IT IS SO ORDERED.

**Dated:   November 21, 2012**               /s/ Sheila K. Oberto
                                                              UNITED STATES MAGISTRATE JUDGE