# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA ELIZABETH DIAZ,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant.<br>_____ | Case No.: 1:12-cv-00660-SKO<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>(Doc. 15) |

On January 15, 2013, the parties filed a stipulated request that an extension of time be granted to allow Defendant to file a responsive brief. (Doc. 15.) The Court GRANTS the parties' request.

Accordingly, IT IS HEREBY ORDERED that:

1. The Commissioner shall file a responsive brief **on or before February 19, 2013**;[1] and

3. Plaintiff may file a reply brief **on or before March 6, 2013**.

IT IS SO ORDERED.

**Dated:   January 16, 2013**               /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The parties stipulated that Defendant's responsive brief would be filed by February 16, 2013; that date, however, is a Saturday, and the following Monday (February 18, 2013) is a holiday. As such, the Court extends the filing deadline for Defendant's brief to February 19, 2013.