```
BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM, SBN ILL 6203390
Acting Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, SBN CA 189450
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    theophous.reagans@ssa.gov
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NORA ELIZABETH DIAZ, | 1:12-CV-00660-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO REMAND** |
| v. | |
| CAROLYN W. COLVIN [1], Acting Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the above-referenced case be remanded to the Commissioner of Social Security for further administrative proceedings, pursuant to sentence four of 42 U.S.C. section 405(g).

On remand, the Appeals Council will instruct the Administrative Law Judge to take the following action:

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1) Give the claimant an opportunity for a hearing;

2) Obtain additional evidence related to the period at-issue;

3) Re-evaluate the claimant's residual functional capacity;

4) Re-evaluate the claimant's ability to perform her past work;

5) Proceed to step five if warranted;

6) Obtain the testimony of a vocational expert if warranted; and

7) Otherwise develop the record as needed.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff; and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner and remanding for further proceedings.

Respectfully submitted,

Dated: February 14, 2013

*Andrew T. Koenig*
(Authorized via telephone)
ANDREW T. KOENIG
Attorney for Plaintiff

Dated: February 14, 2013

BENJAMIN B. WAGNER
United States Attorney

*Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   February 19, 2013**          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE