1 BENJAMIN B. WAGNER
United States Attorney
2 GRACE M. KIM
Regional Chief Counsel, Region IX,
3 Social Security Administration
THEOPHOUS H. REAGANS CSBN 189450
4 Special Assistant United States Attorney

5    160 Spear Street, Suite 800
   San Francisco, California 94105
6    Telephone: (415) 977-8938
   Facsimile: (415) 744-0134
7
Attorneys for Defendant
8                                    **UNITED STATES DISTRICT COURT**,

9                                    **EASTERN DISTRICT OF CALIFORNIA**

10                                   **SACRAMENTO DIVISION**

11
   NORA ELIZABETH DIAZ,                  CASE NO. 1:12-CV-00660-SKO
12
                  Plaintiff,              **STIPULATION AND ORDER SETTLING**
13                                        **ATTORNEY'S FEES PURSUANT TO THE**
   vs.                                    **EQUAL ACCESS TO JUSTICE ACT, 28**
14                                        **U.S.C. § 2412(d)** AND COURT COSTS
   CAROLYN V. COLVIN,                     PURSUANT TO 28 U.S.C. § 1920
15 Acting Commissioner of Social Security,

16                Defendant.
   _____
17

18       IT IS HEREBY STIPULATED by and between the parties through their undersigned

19 counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

20 Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE

21 THOUSAND SEVEN HUNDRED FIFTY DOLLARS ($3,750.00) and Court costs in the

22 amount of THREE HUNDRED AND FIFTY DOLLARS ($350.00), pursuant to 28 U.S.C.

23 § 1920.  This amount represents compensation for all legal services rendered on behalf of

24 Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d) .

25       After the Court issues an order for EAJA fees, expenses and costs to Plaintiff, the

26 government will consider the matter of Plaintiff's assignment of EAJA fees and expenses and

27 costs to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to

28 honor the assignment will depend on whether the fees, expenses and costs are subject to any

offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees, expenses and costs is entered, the government will determine whether they are subject to any offset.

Fees, expenses and costs shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Andrew T. Koenig, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, expenses and costs, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses and costs in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: April 23, 2013        /s/Andrew T. Koenig
                             ANDREW T. KOENIG
                             Attorney for Plaintiff
                             [as authorized by telephone]

Dated: April 23, 2013        BENJAMIN B. WAGNER
                             United States Attorney
                             GRACE M. KIM
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                     By:     /s/ Theophous H. Reagans
                             THEOPHOUS H. REAGANS
                             Special Assistant U.S. Attorney

                             Attorneys for Defendant

2

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Plaintiff shall be awarded attorney fees in the amount of THREE THOUSAND SEVEN HUNDRED FIFTY DOLLARS ($3,750.00) and Court costs in the amount of THREE HUNDRED AND FIFTY DOLLARS ($350.00), subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

**Dated:   April 25, 2013**                    /s/ Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE