BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX,
Social Security Administration
THEOPHOUS H. REAGANS CSBN 189450
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8938
   Facsimile: (415) 744-0134

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**,

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| NORA ELIZABETH DIAZ, | CASE NO. 1:12-CV-00660-SKO |
|     Plaintiff, | **STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** AND COURT COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| CAROLYN V. COLVIN, Acting Commissioner of Social Security, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND SEVEN HUNDRED FIFTY DOLLARS ($3,750.00) and Court costs in the amount of THREE HUNDRED AND FIFTY DOLLARS ($350.00), pursuant to 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d) .

    After the Court issues an order for EAJA fees, expenses and costs to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses and costs to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees, expenses and costs are subject to any

1  offset allowed under the United States Department of the Treasury's Offset Program. After the
2  order for EAJA fees, expenses and costs is entered, the government will determine whether they
3  are subject to any offset.
4      Fees, expenses and costs shall be made payable to Plaintiff, but if the Department of the
5  Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause
6  the payment of fees, expenses and costs to be made directly to Andrew T. Koenig, pursuant to the
7  assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.
8      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
9  attorney fees, expenses and costs, and does not constitute an admission of liability on the part of
10 Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release
11 from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to
12 EAJA attorney fees and expenses and costs in connection with this action.
13     This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security
14 Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: April 23, 2013        /s/Andrew T. Koenig
                              ANDREW T. KOENIG
                              Attorney for Plaintiff
                              [as authorized by telephone]

Dated: April 23, 2013        BENJAMIN B. WAGNER
                              United States Attorney
                              GRACE M. KIM
                              Regional Chief Counsel, Region IX
                              Social Security Administration

                By:  /s/ Theophous H. Reagans
                              THEOPHOUS H. REAGANS
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Plaintiff shall be awarded attorney fees in the amount of THREE THOUSAND SEVEN HUNDRED FIFTY DOLLARS ($3,750.00) and Court costs in the amount of THREE HUNDRED AND FIFTY DOLLARS ($350.00), subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

**Dated:   April 25, 2013**                    /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE